Andre-Antonio: Adams ©™ Sui Juris
<u>Name and Prisoner/Booking Number</u>

A.S.P.C. Eyman Complex Meadows Unit
<u>Place of Confinement</u>

c/o 4374 East Butte Avenue
<u>Mailing Address</u>

Florence, Arizona Republic ; Near [85132 TDC]
<u>City, State, Zip Code</u>

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED   ☐ LODGED

**Nov 13 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Andre-Antonio: Adams ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) "John Doe," Agent of Dept. Home. Sec ,
(Full Name of Defendant) (In their individual and official Cap)

(2) U.S. Dept. of Homeland Security ,

(3) Immigration and Customs Enforcement ,

(4) Attorney General of the United States ,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-20-2193-PHX-DWL (CDB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____ .

2.   Institution/city where violation occurred: Florence, Az _____ .

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: _"John Doe" (unknown)_. The first Defendant is employed
as: _Agent, officer, or Clerk_ at _U.S. Dept., of Homeland Security_.
(Position and Title)                              (Institution)

2.   Name of second Defendant: _U.S. Dept. of Homeland Sec._. The second Defendant is employed as:
as: _____ at _____.
(Position and Title)                              (Institution)

3.   Name of third Defendant: _U.S. Immigration and Customs Enf_. The third Defendant is employed
as: _____ at _____.
(Position and Title)                              (Institution)

4.   Name of fourth Defendant: _Attorney General of the U.S._. The fourth Defendant is employed
as: _____ at _____.
(Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☒ Yes      ☐ No

2.   If yes, how many lawsuits have you filed? _2_. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: _Andre-Antonio: Adams©™_ v. _Mark Brnovich, et al_
      2.   Court and case number: _2:19-CV-00581-DWL-CDB_.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Dismissal and_
      _appealed._

   b.   Second prior lawsuit:
      1.   Parties: _Andre-Antonio: Adams©™_ v. _Mark Brnovich, et al_
      2.   Court and case number: _2:19-CV-05732-DWL-CDB_
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Dismissed and_
      _appealed._

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _Right to renounce citizenship, swear allegiance to a foreign state, and have loss of citizenship recognized_.

2.   **Count I.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Due Process_

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_On 10/22/2020, Plaintiff submitted a duly sworn declaration to the Department of Homeland Security and Arizona's Secretary of State detailing, with specificity, that he thereby renounced his citizenship to the United States and State of Arizona, pledging allegiance to a "foreign state" (as defined in the U.S.C.), as required by Title 8 of the United States Code. Even further acknowledging the change of his status to that of a "deportable alien," Plaintiff waived his rights to adversarial removal proceedings and admitting all material facts which the Government would need to prove to litigate for an expeditious order of removal from the Immigration Court. An unknown agent of the Department of Homeland Security has failed to forward, file, or otherwise act on Plaintiff's NOTICE, PLEDGE, Declaration, and waiver served via (U.S.P.S Certified Mail No. 7019 2970 0000 0991 7874) and thereby abridged his rights to renounce citizenship and have that loss recognized by the U.S. Government. The other Defendants may have received notice from "John Doe." As of this filing, Plaintiff has received no further correspondence from any principal office of any Defendant._

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_The inaction of Defendants has led to the arbitrary inhibition of Plaintiff's ability to exercise his right to revoke his consent to be governed as a citizen and the freedom to pledge his allegiance to a foreign state creating a constitutional tort._

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b.   Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _No such grievance procedures are available to Plaintiff due to either his incarceration or a lack by Defendants institutions_.

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what
    **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without
    citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                    ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count II?        ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?   ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities            ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what
    **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without
    citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                            ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count III?              ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?     ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not.  _____
        _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Injunctive Relief (Preliminary and Permanent) requiring the Government to provide a Certificate of Loss of Citizenship and otherwise permitting it to initiate sociable proceedings.

Damages (Compensatory and Punitive) against "John Doe" in his individual capacity in an amount no less than $ 300,000.00 USD for the arbitrary violation of Plaintiff's constitutional liberties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/13/2020___
DATE

_Andre-Antonio: Aolo_©TM
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.