☒ FILED   ☐ LODGED

**Nov 17 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

for the

DISTRICT OF ARIZONA

| | |
|---|---|
| Andre-Antonio: Adams©™,<br>Plaintiff,<br><br>V.<br><br>"John Doe"<br>Agent U.S. Dept. of Homeland Security et al.,<br>Defendants. | CASE NO<br>CV-20-2193-PHX-DWL (CDB)<br>NOTICE OF MOTION<br>FOR EMERGENCY<br>PRELIMINARY INJUNCTION<br>AND TRO |

Now comes the Plaintiff, Andre-Antonio: Adams©™, in the above-entitled matter to give NOTICE of its request to have the United States District Court for the District of Arizona issue a preliminary injunction and temporary restraining order against Defendants for the reasons and in the manner set forth herein and within the proposed order submitted herewith.

Plaintiff hereby moves this Honorable Court to issue a preliminary injunction and TRO, as set forth infra.

1/8

# I. Statement of Facts

On or about October of 2020, Plaintiff duly declared and swore to a intentional, intellegent, voluntary, and explicit renunciation of citizenship within the United States and swore allegiance to a "foreign state" as defined in the promulgations of the United States Code.

On October 22, 2020, Defendants were presented with the Oath and Declaration utilizing certified registered mail delivered via the United States Postal Service with Certified Mail Tracking No. 7019 2970 0000 0991 7874.

As of this submission, Defendants have declined to recognize Plaintiff's renunciation of U.S. citizenship, omitted the provision of any certificate of loss of citizenship or otherwise availed any alternative and effective means by which Plaintiff can exercise this right.

Plaintiff has now brought the instant suit against Defendants pursuant to the U.S. Supreme Court's decision in Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388, 389, 91 S.Ct. 1999, 2001, 29 L.Ed.2d 619, 622 (1971)

and the federal question authorized by 28 U.S.C. § 1331. Plaintiff requests compensatory and punitive damages for the constitutional tort presented, as well as preliminary and permanent injunctive relief. (See Doc. 1).

## II. Standard of Review

The granting of a preliminary injunction in this Court is dependent on four factors:

(1.) Plaintiff is likely to succeed on the merits;

(2.) Plaintiff is likely to suffer, or is suffering, irreparable harm if the injunction is denied;

(3.) The balance of equities favors that Plaintiff is likely to suffer more significant harm if an injunction does not issue than Defendants would suffer if an injunction does issue; and

(4.) The injunction would have no negative impact on the public interest.

Within the Ninth Circuit, the "sliding rule" is applied, where a showing of the first factor to a substantial degree reduces the necessity to show the other three. Rodde v. Bonta, 357 F.3d 988, 994 (9th Cir. 2004).

## III. Discussion

### A. Plaintiff is likely to succeed on the merits

The federal courts have recognized a substantive and statutory right of every naturalized person to renounce their citizenship within the United States and revoke the consent of governance. See Colon v. U.S. Dept. of State (Fed. Cir.) & 8 U.S.C. § 349, et seq. (The Immigration and Nationality Act).

Such renunciation requires specifity and intent, and its effective elements are codified within Title 8 as it describes a loss of nationality.

Plaintiff fulfilled all standards required to effectuate a lawful and legitimate renunciation of citizenship (See Exhibit A Declaration/Pledge). Defendants have willfully forgone their obligation to recognize, effectuate, or notice pertinent parties of Plaintiff's attempt to exercise his right to renounce.

Such deliberate indifference and failure to act (omission) is tantamount to inhibiting the exercise of Plaintiff's constitutional and statutory rights, and thus amounts to arbitrary government action which the very spirit of the Fifth (5th) Amendment's Due Process

4/8

Clause was conceived to militate against in every instance.

Thus, a reasonable trier of fact would find that the Government is guilty of violating these constitutional and statutory protections.

B. Plaintiff has and will continue to suffer irreparable harm

It is well-established that any constitutional or statutory rights violation is "irreparable harm." Coleman v. Brown, No. CIVS-90-520 LKK/JFM (PC), 2013 U.S. Dist. LEXIS 50900, at 119-20 (E.D.Cal. Apr. 5, 2013) (issuing injunction where federal rights were and continue to be violated). See generally, Mayweather v. Newland, 258 F.3d 930 (9th Cir. 2001).

Plaintiff has established that his rights existed, and that their exercise has been inhibited by Defendants, thus violating the Fifth Amendment and causing irreparable harm. No action by Defendants have stopped, mitigated, or otherwise alleviated said harm, therefore, it is ongoing.

C. The Balance of Equities favors Plaintiff

5/8

Defendants can claim no burden from the issuance of the requested injunction for it is strictly constructed to do no more than facilitate the exercise of Plaintiff's right to renounce and receive recognition of his renunciation's legitimacy, since the scope of their official duties in Government are to act upon the dictates of law, the constitution and an individuals exercise of substantive rights. If no injunction does issue, Plaintiff will continue to suffer the irreparable harm discussed supra.

D. The Public Interest is served by the issuance of injunction

Being that government actors are arbitrarily failing to act and tacitly exercising deliberate indifference to Plaintiff's invocation of substantive rights, the public interest would be greatly served by mandatory injunction requiring them to act and recognize such invocations. Any notion to the contrary is frivolous and unfounded in logic.

IV. Conclusion

WHEREFORE,

Plaintiff respectfully requests that this Honorable Court grant his Motion for Preliminary Injunction and TRO and any other relief which it may deem just and proper.

Dated: 11/14/2020           Respectfully Submitted,

Andre-Antonio: Aok©™

# CERTIFICATE OF SERVICE

I, Andre-Antonio: Adams©™, declare, state, and certify that copies of the foregoing Motion for Emergency Injunction, Order to Show Cause, and Bivens Action was delivered/Mailed through the Arizona Department of Corrections utilizing Certified Mail No. 7019 2970 0000 1353 6511 sent this 17th day of November, 2020 to the following party:

William E. Barr
United States Attorney General
c/o Executive Office for U.S. Attorneys
Room 7100, 600 E. Street N.W.
Washington, D.C. 20530

Dated: 11/4/2020

Respectfully,

Andre-Antonio: Adams©™

Andre-Antonio: Adams©™
Plaintiff

8/8

# EXHIBIT A

## DECLARATION / PLEDGE



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.55   5.0.10.L

Extra Services & Fees (check box, add fee as appropriate)   Adams
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____      Here
☐ Adult Signature Required         $ _____        25314
☐ Adult Signature Restricted Delivery $ _____
Postage                                              5010L
$

Total Postage and Fees
$

Sent To  D.H.S. (Dept. Homeland Security)
Street and Apt. No., or PO Box No.   Nebraska N.W.
Nebraska Avenue Complex Spc. 3801
City, State, ZIP+4®  Washington D.C. 20016

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7019 2970 0000 0991 7874

Declaration of Sovereignty and Pledge of
Allegiance to Foreign State

Certified Mail No. 7019 2970 0000 0991 7874

I, Andre-Antonio: Adams®™, do depose, declare, and
state the following, being of sound mind, compos mentis,
and without any mental reservations or purposes of
evasion:

1. I, Andre-Antonio: Adams®™, am a sovereign
being, who operates through the genetic entity Andre-
Antonio: Adams®™, made in my own image, to which I
give life and power.

2. I hereby renounce my citizenship to the
"United States," the "U.S.," the "UNITED STATES," and
any iterations thereof; I do so knowingly and voluntarily,
without threat, duress, or coercion.

3. I act in the capacity of the head of a
foreign nation and rule autonomously, thus I am not
subject to the bylaws of incorporated entities outside
of my jurisdiction or any nation, state, or country foreign
to my own sovereignty, as evidenced in Treaty ± 030511o912.

4. I utilize an artificial entity in the form of

1/3

a trust established under the Common Law to conduct business and engage in foreign affairs. The trust is duly named "ANDRE ANTONIO ADAMS" and as I act through it vicariously, it and the property attached thereto is under my exclusive access and control to do with as I will, as is inhered in the natural right to property to which all flesh-and-blood men with living souls are "endowed by our Creator" with.

5. "ANDRE ANTONIO ADAMS" conducts all commercial transactions, interfaces with all other legal fictions, and absorbs all liability for defaults of any kind, on my behalf. Any interactions which this trust may have with governmental entities and corporations must be diplomatic in nature, as it is a proxy to my Sovereignty, and any alternative interpretations of its interactions are neither legally cognizable nor do they comport with basic logic in context de jure. Therefore, the trust retains any immunities afforded it by the law.

6. I hereby solemnly pledge my allegiance to the lands of the Republic of Illinois, a sovereign state foreign to the United States and its constituent

institutions under the definition of law.

7. I, Andre-Antonio: Adamo©™, was born in the land of the Republic of Illinois, and, as such is true, my citizenship therein is presumed.

8. Hereinafter, I am not a citizen of the United States; As established supra, I was not born in a territory in which the United States is the sovereign authority; Ergo, I am not subject to its jurisdiction and I am not a citizen of the United States as defined in C.F.R. 1.1-1 (o), nor any "state" in which it has authority.

Pursuant to 28 U.S.C. §1746 (1) I declare, certify, and state all of the foregoing is absolutely true and correct, under the penalties and pains of perjury pursuant to any law of competent jurisdiction. Executed on 10/16/2020 at Florence, Arizona.
Dated: 10/16/2020
                    Andre-Antonio: Aolo©™

# Concession and Waiver of Removal

I, Andre-Antonio: Adams®™, do knowingly, intelligently, and voluntarily make this waiver and concession of all rights and privileges, procedural or substantive, which attach or are inhered in any official proceedings which concern my removal from the United States and its constituent "State of Arizona."

I concede to the fact that I am a nonimmigrant "deportable alien" as defined in the laws of Title 8 of the United States Code. I fully understand that I am subject to imminent removal and deportation pursuant to the orders of an "Immigration Judge." I concede and waive the facts related to the pertinent elements necessary to issue such an Order of Removal.

I concede any time frame or temporal delay in the initiation of such an action for removal and waive any bars to commencing the action seeking removal and issuance of the pertinent order forthwith.

Executed at Florence, Arizona          Andre-Antonio: Adams®™

Dated: 10/16/2020                            Andre-Antonio: Adams®™

1/1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Andre-Antonio: Adams ©™,<br>Plaintiff,<br><br>V.<br><br>"John Doe"<br>Agent U.S. Dept. of Homeland Security et al.,<br>Defendants. | Civil Action No.<br>CV-20-2193-PHX-DWL (CDB)<br>ORDER TO SHOW<br>CAUSE FOR EMERGENCY<br>INJUNCTION AND TRO |

Upon the pleadings, of Plaintiff sworn to the ____ day of ____, 2020, it is:

ORDERED that the defendant(s) "John Doe", Agent/Clerk of U.S. Dept. of Homeland Security, Immigration and customs Enforcement, Dept. of State, U.S. Dept. of Homeland Security, show cause in room ____ of the United States Courthouse, 1501 West Washington St. Phoenix, Arizona 85007,

1/3

on the _____ day of _____, 2020, at _____ o'clock, or as soon thereafter as counsel may be heard, why preliminary injunction should not issue pursuant to Rule 65 (a) of the Federal Rules of Civil Procedure enjoining the defendant(s), their successors in office, agents, and employees and all other persons acting in concert and participation with them, to:

1. Expeditiously take all lawful measures necessary to render a Certificate of loss of Citizenship, or sociable legal instrument, to Plaintiff; and,

2. Initiate any lawful administrative or judicial proceedings necessary to facilitate this order.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, defendant(s) "John Doe" Agent/Clerk of U.S. Dept. of Homeland Security, Immigration and Customs Enforcement, Dept. of State, U.S. Dept. of Homeland Security, and each of their officers, their successors, agents, employees, and all other persons acting in concert and participation with them, are restrained and must:

1. Expeditiously take all lawful measures necessary to render a Certificate of Loss of Citizenship, or sociable legal instrument, to Plaintiff; and,

2. Initiate any lawful administrative or judicial proceedings necessary to facilitate this order.

IT IS FURTHER ORDERED that personal service of a copy of this order and annexed motion upon the defendants or their counsel on or before 11/16/2020, shall be deemed good and sufficient service thereof.

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE